FILED
November 03, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Breanna Coldewey__
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | NO. SA: 5:19-CR-00369-XR-7 |
| | § | |
| JENNIFER GARZA | § | |

**ORDER**

On this day came Defendant's Motion for Permission to Travel. After consideration of same, this Court is of the opinion that said motion be

(GRANTED)   (DENIED).

SIGNED on this 3rd day of November, 2021.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate