UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO:  SA:19-CR-00369(7)-XR |
| (7) JENNIFER GARZA | § § | |

### *O R D E R*

On this day came on to be considered Defendant's Unopposed Sealed Motion to Continue Sentencing scheduled for March 1, 2022 .  Upon consideration, the Court is of the opinion that the sealed motion should be **GRANTED**.

It is hereby **ORDERED** that Defendant's Unopposed Sealed Motion to Continue Sentencing **(Doc. #322)** is **GRANTED**.

It is **FURTHER ORDERED** that the above entitled and numbered cause is rescheduled for **Sentencing on Wednesday, March 16, 2022, at 1:30 PM** in Courtroom H, on the Thrid Floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, Texas.

Signed this 28th day of February, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE